# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| Plaintiff,  ) | Case No. 2:13-cr-00298-APG-CWH |
| vs.  ) | **ORDER** |
| KHARON HARRISON,  ) | |
| Defendant.  ) | |

This matter is before the Court on Defendant's Sealed Ex Parte Motion to Withdraw and Appoint New Counsel (#17), filed on October 30, 2013. The Court finds good cause to grant the motion due to a conflict within the Federal Public Defender's Office. Additionally, the Court will order that new counsel be appointed from the CJA panel.

**IT IS HEREBY ORDERED** Defendant's Sealed Ex Parte Motion to Withdraw and Appoint New Counsel (#17) is **granted**.

**IT IS FURTHER ORDERED** that CJA counsel be appointed to represent Defendant in this case.

**IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forward the file to new counsel.

DATED this 1st day of November, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**