1

2

3                      **UNITED STATES DISTRICT COURT**

4                          **DISTRICT OF NEVADA**

5                                  **\* \* \***

6   UNITED STATES OF AMERICA,           )
                                         )
7                    Plaintiff,          )
                                         )      2:13-cr-298-RLH-CWH
8   v.                                   )
                                         )          **O R D E R**
9                                        )
                                         )
10  KHARON HARRISON,                     )
                                         )
11                                       )
                     Defendant.          )
12  _____     )

13

14       On **October 14, 2014,** this matter came before the Court for

15  hearing on the Government's petition for action on the Defendant's

16  conditions of pretrial release (#27).  The Defendant was present

17  with counsel.  The Defendant admitted to the violations as alleged

18  in the Petition.

19       The Court considered the Defendant's admission to the

20  violations, the information provided, and the representations of

21  counsel. **Accordingly, the Court finds as follows:**

22       The Defendant stands convicted. Therefore, it is his burden

23  to establish that he is not a risk of flight nor a danger to the

24  community. He has not met this burden. The Defendant has admitted

25  that he violated his terms of release, and there is clear and

26  convincing evidence of those violations.

27       The Defendant is unlikely to abide by any condition or

28  combination of conditions of release.

1    Further, the Court is satisfied by a preponderance of the
2  evidence that no condition or combination of conditions will
3  assure that the defendant will not flee.

4    IT IS THEREFORE ORDERED pursuant to the provisions of
5  18 U.S.C. § 3148 that the release order heretofore entered on
6  **September 3, 2013** (#12) is hereby revoked.

7    IT IS FURTHER ORDERED that the Defendant shall be detained
8  pending sentencing.

9    DATED this 14th day of October, 2014.

10
11
12
13
**ANDREW P. Gordon**
**UNITED STATES DISTRICT JUDGE**