**MICHAEL J. MICELI, ESQ.**
Nevada Bar No. 001332
601 Las Vegas Blvd. South
Las Vegas, Nevada  89101
(702) 382-9221
Attorney for Defendant
**KHARON HARRISON**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**KHARON HARRISON** ,

    Defendant.

Case No.  CR-13-00298-APG-CWH

## STIPULATION TO CONTINUE SENTENCING

**IT IS HEREBY STIPULATED AND AGREED**, by and between **DANIEL BOGDEN, ESQ.**, United States Attorney, and **PHILLIP N. SMITH, JR.**, **ESQ.**, Assistant United States Attorney, counsel for the United States of America, and **MICHAEL J. MICELI, ESQ.**, counsel for **KHARON HARRISON**, that the Sentencing scheduled for October 30, 2014, at 10:00 a.m., be continued for two weeks or to a date and time convenient to this court .

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant request a continuance of the Sentencing hearing because counsel is starting a trial in District Court Department XII, State vs. Duensing, on October 29, 2014, and the trial is expected to last about two weeks; and

/ / / /

2. That counsel for the Defendant has spoken to the U. S. Attorney and he has no objection to the continuance.

**DATED** this 24th day of October, 2014.

| /S/ Michael J. Miceli | /S/ Phillip N. Smith |
|---|---|
| **MICHAEL J. MICELI, ESQ.** | **PHILLIP N. SMITH, JR., ESQ.** |
| Counsel for Defendant | Assistant U. S. Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KHARON HARRISON,

    Defendant.

Case No. CR-13-00298-APG-CWH

### ORDER CONTINUING SENTENCING

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

**IT IS THEREFORE ORDERED** that the sentencing in the above-captioned matter currently scheduled for October 30, 2014, at the hour of 10:00 a.m., be vacated and continued until November 12, 2014 at 11:30 a.m., Courtroom 6C

**DATED** this 27th day of October, 2014.

_____
**UNITED STATES DISTRICT JUDGE**