FILED ___ ENTERED
___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 12 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>    v.                                )   2:13-CR-298-APG-(CWH)<br>                                      )<br> KHARON HARRISON,                     )<br>                                      )<br>            Defendant.                ) | |

**FINAL ORDER OF FORFEITURE AS TO KHARON HARRISON**

On July 23, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant KHARON HARRISON to the United States of America. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 24; Preliminary Order of Forfeiture, ECF No. 25; Plea Agreement, ECF No. 26.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), that the Preliminary Order of Forfeiture (ECF No. 26), listing the following assets, is final as to defendant KHARON HARRISON:

. . .

. . .

. . .

. . .

1. a Jimenez Arms .380 caliber handgun bearing serial number 246003; and
2. any and all ammunition.

DATED this _12_ day of ~~October~~ november, 2014.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE