1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   HEIDI A. OJEDA
3  Assistant Federal Public Defender
   Nevada State Bar No. 12223
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Heidi_Ojeda@fd.org

7  Attorney for Kharon Harrison

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>KHARON HARRISON,<br><br>           Defendant. | Case No. 2:13-cr-298-APG-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, Acting United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Kharon Harrison, that the Revocation Hearing currently scheduled on February 20, 2018 at 9:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than forty five (45) days.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to investigate in order to determine if an agreement can be reached, or if this case will ultimately proceed to a hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 14th day of February, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Phillip N. Smith, Jr.*<br>By_____<br>PHILLIP N. SMITH, JR.<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KHARON HARRISON,<br><br>Defendant. | Case No. 2:13-cr-298-APG-CWH<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, February 20, 2018 at 9:30 a.m., be vacated and continued to  April 5, 2018  at the hour of  9 : 00  a .m. in Courtroom 6C.

DATED this 15th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE

3